**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATA GmbH & Co. KG, a German Corporation, | CASE NO.: 2:20-cv-02131-DDP-JPR |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION [99] FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CENTRAL PURCHASING, LLC d.b.a. HARBOR FREIGHT TOOLS | |
| Defendant. | |
| CENTRAL PURCHASING, LLC d.b.a. HARBOR FREIGHT TOOLS, | |
| Counter-Claimant, | |
| v. | |
| SATA GmbH & Co. KG, a German Corporation, | |
| Counter-Defendant. | |

On Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims and causes of action, with each party to bear their own attorneys' fees and costs.

DATED: October 28, 2022

_____
Hon. Dean D. Pregerson
United States District Judge